■ In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant, and LLOYD JERMAN, Respondent.— In a proceeding by the Motor Vehicle Accident Indemnification Corporation (hereinafter called " MVAIC ") against the claimant Lloyd Jerman: (a) to vacate his demand for the arbitration of his claim for damages for personal injury asserted under an automobile liability insurance policy which, pursuant to statute (Insurance Law, § 167, subd. 2-a), contained an " uninsured motorist " indorsement; (b) to direct a hearing of the preliminary issue whether the injury was caused by an intentional assault or by an accident; and (c) to stay the arbitration pending the judicial determination of such preliminary issue, the MVAIC appeals from an order of the Supreme Court, Nassau County, dated February 15, 1962, which denied its application (see 32 Misc 2d 946). Order reversed on the law, without costs; application granted to the extent that arbitration is stayed pending the judicial determination by the court, or by a jury if demanded, of the issue raised herein, and matter remitted to Special Term for further proceedings not inconsistent herewith. No questions of fact have been considered. The reasons for this decision are set forth in the companion appeal (*Matter of Motor Vehicle Acc. Ind. Corp.* [*Brinson*], 18 A D 2d 809). Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ HARRY KERNER, Appellant, v. ARTHUR R. KALEKO et al., Respondents. — In an action to recover for moneys had and received for plaintiff's use and to recover damages for conversion, plaintiff appeals from an order of the Supreme Court, Nassau County, dated and entered May 17, 1962, which denied his motion, made pursuant to rule 301 of the Rules of Civil Practice, for leave to discontinue the action. On a prior appeal, an order (and the judgment thereon), granting the motion of defendants Robert Kaleko and Jerome Kaleko for summary judgment was reversed and the judgment vacated (15 A D 2d 677). Order of May 17, 1962 affirmed, with $10 costs and disbursements. (See *Kerner* v. *Kaleko*, 18 A D 2d 810.) No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.